# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Travis Lindsey**

      Plaintiff(s)

vs.                       CASE NUMBER: 3:19-cv-663 (CFH)

**Andrew M. Saul**

      Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that plaintiff's Motion for EAJA fees and Motion for Additional Attorney Fees (Dkt. Nos. 22, 26), pursuant to 28 U.S.C. §2412(d), are GRANTED in the amount of $6,156.68; that the check is to be made payable to plaintiff, and the Commissioner shall mail the check to plaintiff's attorney.

All of the above pursuant to the order of the Honorable Christian F. Hummel, dated the 23rd day of June, 2021.

DATED: June 23, 2021

                                            _John Domurad_
                                            Clerk of Court


                                            s/Kathy Rogers
                                            Deputy Clerk